PAUL BATISTA, P.C.
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(631 377-0111)

**MEMO ENDORSED**

e-mail: Batista007@aol.com

Facsimile: (212) 344-7677

April 16, 2013

VIA E-MAIL

Honorable Andrew L. Carter, Jr.
United States District Judge
  for the Southern District of New York
500 Pearl Street, Room 725
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4-17-13
```

Re: **Bernard Gelb v. Federal Reserve Bank of New York, *et al*,**
   <u>Docket 12-cv-4880 (ALC) (AJP)</u>

Dear Judge Carter:

I write to request an adjournment of the conference scheduled for April 24, 2013 to a date to be determined, preferably in May 2013.

I must be out of the country on business during the week of April 21, 2013. This is the reason for the requested adjournment, to which defense counsel has consented.

Plaintiff hs not previously requested the adjournment of prior conference dates.

Counsel to the Board of Governors of the Federal Reserve Bank has indicated she is *not* available on May 1, 3, 10 and 24. Counsel to the Federal Reserve Bank of New York had indicated he is *not* available on May 16, May 17, and the morning of May 20.

Thus, it appears that all counsel *are* available on May 2, May 7, May 8, May 14 and May 15, 2013.

Respectfully submitted,

Paul Batista

PB/wg

cc: David Grass, Esq.
    Yvonne F. Mizusawa, Esq.

Request granted. The status conference is adjourned to 5-14-13 at 2:00 p.m. So Ordered.

/s/ Andrew L. Carter
4-17-13



RECEIVED
APR 16 2013
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.