**MEMO ENDORSED**

# FEDERAL RESERVE BANK *of* NEW YORK

33 LIBERTY STREET, NEW YORK, NY 10045-0001

DAVID L. GROSS
COUNSEL AND VICE PRESIDENT

October 1, 2014



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-3-14

RECEIVED
OCT 01 2014
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

**VIA ELECTRONIC MAIL**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 725
New York, NY 10007

Re:  Bernard Gelb v. Federal Reserve Bank of New York
     Case No.: 12-CIV-4880 (ALC)
     Proposed Briefing Schedule for Motion for Summary Judgment

Dear Judge Carter:

Pursuant to the Court's Opinion and Order of September 5, 2014, the Federal Reserve Bank of New York states that it will renew its motion for summary judgment.

Plaintiff and Defendant jointly propose the following briefing schedule: Defendant's motion for summary judgment by October 31, 2014; Plaintiff's response by December 1, 2014; and Defendant's reply by December 31, 2014.

If you have any questions or concerns, please contact me at 212-720-2356 or david.gross@ny.frb.org. Thank you for your consideration.

Respectfully yours,

*David Gross*
David Gross

c:  Paul Batista
    Batista007@aol.com

*Parties' jointly proposed briefing schedule request is hereby GRANTED.*

*So Ordered.*

*Andrew L. Carter*
10-3-14

T 212.720.2356 | F 212.720.8709 | E david.gross@ny.frb.org | W www.newyorkfed.org